# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE PHILLIP S. FIGA

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes | Date: December 1, 2006 |
| Court Reporter: Darlene Martinez | |

Civil Action No. 06-cv-002292-WDM-MEH

| *Parties:* | *Counsel:* |
|---|---|
| TELLURIDE RESORT & SPA, L.P., | James Kilroy |
| A Delaware limited partnership, | Scott Sandberg |
| | Deborah Lee |
| Plaintiff, | Laura Revak |
| | Ashley Krause |
| v. | |
| VAIL RESORTS, INC., a Delaware corporation, | Glenn Beaton |
| VAIL RESORTS DEVELOPMENT COMPANY, | Ashlie Beringer |
| a Colorado corporation, | |
| VAIL TRADEMARKS, INC., | |
| a Colorado corporation, and | |
| SLIFER SMITH & FRAMPTON/VAIL | |
| ASSOCIATES REAL ESTATE, L.L.C., | |
| A Colorado limited liability company, | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

HEARING: Temporary Restraining Order

**2:32 p.m.    Court in session.**

Also present: Plaintiff Client Representative Brian Rowley and defendants' in-house counsel Michael Keenan.

Arguments.

(3:02 p.m.  Bernique Abiakam enters as Courtroom Deputy)

**3:42 p.m.     Court in Recess.**
**3:53 p.m.     Court in Session**.

**ORDER:**     Plaintiff's Motion for Temporary Restraining Order (6-1) and Preliminary Injunction (6-2) and Request for Expedited Hearing (6-3):
    1.     (6-1) Motion for Temporary Restraining Order is **denied.**
    2.     (6-3) Motion for Expedited Hearing, **granted** (today's hearing).

The case is returned to Judge Walker D. Miller for any further proceedings.

**3:58 p.m.     Court in recess/hearing concluded.**

Total in-court time: 1 hour 26 minutes