IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-02292-WDM-BNB

TELLURIDE RESORT & SPA, L.P.,

    Plaintiff,

v.

VAIL RESORTS, INC., et al.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on March 23, 2007.

                          BY THE COURT:

                          s/ Walker D. Miller
                          United States District Judge

PDF FINAL